## E. E. JACKSON LUMBER CO. v. MOORE.

(Decided February 10, 1916.)

APPEAL from Chilton Circuit Court.
Heard before Hon. W. W. PEARSON.
PETTUS, FULLER & LAPSLEY, for appellant. MIDDLETON, DENSON & REYNOLDS, for appellee.
BROWN, J.—Affirmed for want of assignment of errors.

## EQUITABLE TRADING CO. v. WADDY.

(Decided March 4, 1916.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. C. B. SMITH.
No counsel marked for appellant. H. K. WHITE, for appellee.
PER CURIAM.—Appeal dismissed by agreement.

## GARNER v. THE STATE.

(Decided December 16, 1915.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. WM. E. FORT.
No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.
BROWN, J.—No bill of exceptions and no errors in the record. Affirmed.

## GEO. W. PHALIN LUMBER CO. v. WILSON.

(Decided January 20, 1916.)

APPEAL from Tuscaloosa Circuit Court.
Heard before Hon. BERNARD HARWOOD.
H. A. & B. K. JONES, for appellant. HOWARD L. SMITH, for appellee.
PER CURIAM.—Dismissed on motion of appellee.